**Gregory Lynn GORDON,
Plaintiff–Appellant,**

v.

**State Of NORTH CAROLINA,
Defendant–Appellee.**

No. 12–7378.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 6, 2012.

Gregory Lynn Gordon, Appellant Pro
Se.

Before WILKINSON, KEENAN, and
THACKER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Gregory Lynn Gordon, a state pretrial
detainee, seeks to appeal the district
court's order denying relief on his 28
U.S.C.A. § 2241 (West 2006 & Supp.2012)
petition. The order is not appealable un-
less a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1)(A) (2006). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2006).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel*, 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell*, 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-
ble, and that the petition states a debata-
ble claim of the denial of a constitutional
right. *Slack*, 529 U.S. at 484–85, 120 S.Ct.
1595.

We have independently reviewed the
record and conclude that Gordon has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
Gordon's motion to appoint counsel, and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*